IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **12-cr-438-JLK**

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.

**2. SERGIO ALONSO MENDOZA-HURTADO,**
**4. HERIBERTO VERDUGO-LEYVA,**
**5. MOISES PAEZ,**

   Defendants.

---

**MINUTE ORDER**
**CONFIRMING TRIAL DATE**

---

Judge John L. Kane **ORDERS**

In confirmation, this case is set for a **4-day jury trial** for the above named defendants commencing on **July 22, 2013 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. A Final Trial Preparation Conference is set for **July 18, 2013 at 3:00 p.m.**.

---

Dated: June 20, 2013