IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **12-cr-438-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**2.    SERGIO ALONSO MENDOZA-HURTADO,**
**4.    HERIBERTO VERDUGO-LEYVA,**

       Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

This matter is set for a Status Conference/Motions Hearing on **July 11, 2013 at 9:45 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The court will address the Motion for Ends of Justice Continuance, and will set a separate motions hearing for any remaining issues.

Dated: July 10, 2013